TAMARA N. TRAWICK (SBN: 279778)
tamara@trawicklaw.com
**TRAWICK LAW, APC**
406 9th Avenue, Suite #211
San Diego, California 92101
Telephone:  (619) 537-9660
Facsimile:  (858) 362-8827

*Attorney for Plaintiff*
Cameron Salimi

THOMAS F. LANDERS (SBN: 207335)
tlanders@swsslaw.com
LEAH S. STRICKLAND (SBN: 265724)
lstrickland@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone:  619.231.0303
Facsimile:  619.231.4755

*Attorneys for Defendant*
Asset Acceptance, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SALIMI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ASSET ACCEPTANCE, LLC, a Delaware limited liability company, and, DOES 1 to 10, Inclusive.<br><br>Defendants. | Civil Action No.: 14-cv-1459-MMA-RBB<br><br>**NOTICE OF SETTLEMENT**<br><br>**HON. MICHAEL M. ANELLO** |

-1-

1    **NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff

2    CAMERON SALIMI ("Plaintiff") and Defendant ASSET ACCEPTANCE, LLC

3    ("Defendant") has been resolved in its entirety. The Parties anticipate filing a Joint

4    Motion for Dismissal of the Action with Prejudice within 60 days.  Plaintiff requests

5    that all pending dates and filing requirements with regard to Defendant be vacated

6    and that the Court set a deadline on or after May 4, 2015 for filing a Joint Dismissal.

7

8    Dated: March 4, 2015                        Respectfully submitted,

9

10

11                                   By: _____/s/  Tamara N. Trawick_____
                                         TAMARA N. TRAWICK
12                                       *Attorney for Plaintiff* Cameron Salimi
                                         Email: tamara@trawicklaw.com
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is TRAWICK LAW, APC, located at 406 9TH Avenue, Suite 211, San Diego, CA 92101.  On March 4, 2015, I served the herein described document(s): **Notice of Settlement.**

⊠        CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

**Thomas F. Landers**
**SOLOMON WARD SEIDENWURM & SMITH, LLP**
**401 B Street, Suite 1200**
**San Diego, California 92101**
**Email: tlanders@swsslaw.com**
*Attorney for Defendant Asset Acceptance, LLC*

**Leah Strickland**
**SOLOMON WARD SEIDENWURM & SMITH, LLP**
**401 B Street, Suite 1200**
**San Diego, California 92101**
**Email: lstrickland@swsslaw.com**
*Attorney for Defendant Asset Acceptance, LLC*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on March 4, 2015 at San Diego, California.

___/s/ Tamara N. Trawick___
TAMARA N. TRAWICK

-1-

PROOF OF SERVICE