# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SALIMI, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>ASSET ACCEPTANCE, LLC, a Delaware limited liability company; and DOES 1-10,<br><br>  Defendants. | Case No. 14-cv-1459-MMA-RBB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 22] |

The parties have filed this joint motion to dismiss the action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this case **with prejudice** in its entirety. Each party is to bear its own attorney's fees and costs. The Clerk of Court is instructed to close the case.

**IT IS SO ORDERED.**

Dated:  March 25, 2015

Hon. Michael M. Anello
United States District Judge